# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
## _____ DIVISION

Janelle Wettson-Davis

v.

Jason Williams
(Mark Ficken Ford Lincoln)
Santander Consumer
USA

NO. 23CV318

COMPLAINT

Plaintiff resides at:
379 Havenbrook Way NW
Concord, NC 28027

Defendant(s)' name(s) and address(es), if known:
Jason Williams (Mark Ficken Ford Lincoln)
7601 South Blvd
Charlotte, NC 28273

Santander Consumer USA
3／o Kellway Dr Suite 120
Carrollton, TX 75006

1

Jurisdiction in this court is based on:

15 USC 1635a

15 USC 1635 a (b)

The acts complained of in this suit concern:

Santander Consumer USA & Monoficken ford did not provide required forms under this section to the obliger. The presumed creditors did not act in accordance with regulations of the Bureau. They failed to provide the appropriate forms to the obliger on her Right to rescind the transaction.

Once the obliger exercised her right to Rescind. Relief was not provided by said creditors.

(If you need more space, or wish to include any further information for consideration, please attach additional sheets.)

I seek the following relief:

Equitable relief on behalf of the contract in the amount of $20,067.
Terminate security interest in said property.
Remove account from Credit Bureaus

4.17.23

DATE

Janelu tw — All rights Res

SIGNATURE OF PLAINTIFF

c/o 379 Hauenbrook Way
NW Concord, NC 28027
980 666 2341

ADDRESS AND PHONE NUMBER OF PLAINTIFF

3