IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JANELLE NICOLE WATSON-DAVIS, | )<br>)<br>) |
| Plaintiff, | ) |
| v. | ) 1:23-CV-318<br>) |
| JASON WILLIAMS, et al., | )<br>) |
| Defendants. | ) |

## ORDER AND JUDGMENT

The Recommendation of the United States Magistrate Judge was filed in accordance with 28 U.S.C. § 636(b) and the Clerk served the recommendation on the parties. No objections were filed. After consideration of the record, the Court hereby adopts the Magistrate Judge's Recommendation.

In his Recommendation, the Magistrate Judge found that the plaintiff's complaint failed to state a viable claim. The Magistrate Judge recommended dismissal, but did gave the plaintiff until October 30, 2023, to file a motion to amend the complaint. The plaintiff has not filed a motion to amend, nor has the plaintiff objected to the recommendation.

It is **ORDERED AND ADJUDGED** that this action is dismissed *sua sponte* pursuant to 28 U.S.C.§ 1915(e) (2) (B) (ii) for failing to state a claim.

This the 13th day of November, 2023.

_____
UNITED STATES DISTRICT JUDGE